IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NISBET, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV570-MEF |
| | )     [WO] |
| JERRY LEO GEORGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having been advised by the plaintiffs' counsel that the discovery dispute forming the basis of the plaintiffs' motion to compel (Doc. # 8) has been resolved, the court finds that the motion is moot. Accordingly, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 2nd day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE