IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NISBET, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-570-WKW |
| ) | (WO) |
| JERRY LEO GEORGE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on intervenor Penn-America Insurance Company's Motion to Intervene (Doc. # 14), filed February 14, 2006.  A supplement to this motion was filed on February 28, 2006 (Doc. # 15), indicating that neither the plaintiffs nor the defendants in this action have any objection to Penn-America Insurance Company's motion.

Accordingly, it is hereby ORDERED that the Motion to Intervene  (Doc. # 14) is GRANTED.

DONE this the 20th day of March, 2006.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE