IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NISBET, DAONE NISBET, and GRAYSON TOWNE CENTER, INC. )<br><br>Plaintiffs, )<br>v. )<br>)<br>JERRY LEO GEORGE and, )<br>HEARTLAND EXPRESS, INC., )<br>)<br>Defendants. ) | CASE NO. 1:05-cv-570-WKW<br>(WO) |

### **Final Judgment**

In accordance with the verdict of the jury rendered on January 30, 2007, in favor of the Plaintiffs, it is ORDERED and ADJUDGED that:

1. Judgment is hereby entered in favor of the Plaintiffs and against the Defendants.

2. The Plaintiffs are awarded $340,000 in compensatory damages.

3. The Plaintiffs are awarded $130,000 in punitive damages.

4. Plaintiff Daone Nisbet is awarded $30,000 in compensatory damages on her consortium claim.

5. Costs are hereby taxed against the Defendants for which execution may issue.

The Clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE this 2nd day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE